IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLLY WEINSTEIN, PEGGY RODRIGUEZ, ANDREA DIMARIO, and CRYSTAL YOUNGER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>REXALL SUNDOWN, INC., NATURESMART, LLC, and THE BOUNTIFUL COMPANY f/k/a THE NATURE'S BOUNTY CO.,<br><br>　　　　　　　　　Defendants. | Case No.: 2:21-cv-5378-JS-ARL<br><br>**DEFENDANTS' RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and the Guidelines for the Division of Business Among District Judges 50.1(c), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rexall Sundown, Inc., NatureSmart, LLC, and The Bountiful Company f/k/a/ The Nature's Bounty Co. (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

> Rexall Sundown, Inc. is a wholly owned subsidiary of United States Nutrition, Inc., which is a wholly owned subsidiary of Nature's Bounty (NY), Inc. NatureSmart, LLC and Nature's Bounty (NY), Inc. (f/k/a Nature's Bounty, Inc.) are wholly owned subsidiaries of The Nature's Bounty Co., which is a wholly owned subsidiary of Alphabet Holding Company, Inc., which is a wholly owned subsidiary of Clover Intermediate Holdings, Inc., which is a wholly owned subsidiary of The Bountiful Company, which is a wholly owned subsidiary of Nestlé Health Science US Holdings, Inc., which is a wholly owned subsidiary of NIMCO US, Inc., which is a wholly owned subsidiary of Nestlé US Holdco. Inc., which is a wholly owned subsidiary of Société des Produits Nestlé S.A., which is a wholly owned subsidiary of Nestlé S.A., which is a publicly-traded Swiss corporation, the shares of which are traded in the United States in the form of American Depository Receipts. No publicly-held corporation currently owns 10% or more of the stock of Nestlé S.A.

Dated: November 22, 2021　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　*/s/ William A. Delgado*
　　　　　　　　　　　　　　　　　　　William A. Delgado
　　　　　　　　　　　　　　　　　　　DTO LAW
　　　　　　　　　　　　　　　　　　　140 Broadway Center, 46th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　Telephone: (213) 335-6999
　　　　　　　　　　　　　　　　　　　Facsimile: (213) 335-7802
　　　　　　　　　　　　　　　　　　　E-mail: wdelgado@dtolaw.com

2

3

                                        Attorneys for Defendants
                                        REXALL SUNDOWN, INC.,
                                        NATURESMART, LLC, AND THE
                                        BOUNTIFUL COMPANY F/K/A/ THE
                                        NATURE'S BOUNTY CO.

**203274.1**