AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| HOLLY WEINSTEIN, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:21-cv-05378-JS-ARL |
| REXALL SUNDOWN, INC., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Holly Weinstein, Peggy Rodriguez, Andrea DiMario, Crystal Younger, and the proposed Class   .

Date:   01/22/2024

/s/ Carey Alexander
*Attorney's signature*

Carey Alexander (CA-1337)
*Printed name and bar number*
Scott+Scott Attorneys at Law LLP
The Helmsley Building
230 Park Ave., 17th Fl.
New York, New York 10169

*Address*

calexander@scott-scott.com
*E-mail address*

(212) 519-0512
*Telephone number*

(212) 223-6334
*FAX number*