# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLLY WEINSTEIN, PEGGY RODRIGUEZ, ANDREA DIMARIO, and CRYSTAL YOUNGER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> REXALL SUNDOWN, INC., NATURESMART, LLC, and THE BOUNTIFUL COMPANY f/k/a THE NATURE'S BOUNTY CO., <br><br> Defendants. | Case No.: 2:21-cv-05378-JS-ARL |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Megan O'Neill, Esq. of DTO Law, the counsel of record for the Defendants in the above-captioned action, has a new mailing address as follows:

> DTO Law
> 702 Marshall Street, Suite 640
> Redwood City, CA 94063

The telephone number(s), facsimile number(s), and email address(es) shall remain the same.

Dated: August 20, 2024         Respectfully submitted,

By:   */s/ Megan O'Neill*
      Megan O'Neill
      **DTO LAW**
      702 Marshall Street, Suite 640
      Redwood City, CA 94063
      Telephone: (415) 630-4100
      Facsimile: (415) 630-4105
      E-mail:  moneill@dtolaw.com

1

#270541.1

William A. Delgado
**DTO LAW**
307 5th Avenue, 12th Floor
New York, NY 10016
Telephone: (646) 995-5400
Facsimile: (213) 335-7802
E-mail: wdelgado@dtolaw.com

Attorneys for Defendants
NATURE'S BOUNTY (NY), INC. and THE
BOUNTIFUL COMPANY (NY)

2

#270541.1