# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLLY WEINSTEIN, PEGGY RODRIGUEZ, ANDREA DIMARIO, and CRYSTAL YOUNGER, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>REXALL SUNDOWN, INC., NATURESMART, LLC, and THE BOUNTIFUL COMPANY f/k/a THE NATURE'S BOUNTY CO.,<br><br>            Defendants. | Case No. 2:21-cv-05378-JS-ARL<br><br>**MOTION TO WITHDRAW CAREY ALEXANDER AS COUNSEL OF RECORD** |

Pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, Joseph P. Guglielmo of Scott+Scott Attorneys at Law LLP ("Scott+Scott") moves to withdraw Carey Alexander as counsel of record for Plaintiffs Holly Weinstein, Peggy Rodriguez, Andrea DiMario, and Crystal Younger ("Plaintiffs"). Mr. Alexander has resigned from Scott+Scott and will no longer continue to litigate this action. Plaintiffs will continue to be represented by Joseph P. Guglielmo, Sean T. Masson, and Anja Rusi of Scott+Scott.

Dated: August 29, 2024

Respectfully submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s Joseph P. Guglielmo
Joseph P. Guglielmo
Sean T. Masson
The Helmsley Building
230 Park Ave., 24th Fl.
New York, N.Y. 10169
Tel.: (212) 519-0512
Fax: (212) 233-6334
jguglielmo@scott-scott.com
smasson@scott-scott.com

Anja Rusi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Tel.:  860-537-5537
Fax:  860-537-4432
arusi@scott-scott.com

*Counsel for Plaintiffs Holly Weinstein, Peggy Rodriguez, Andrea DiMario, and Crystal Younger*