# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLLY WEINSTEIN, PEGGY RODRIGUEZ, ANDREA DIMARIO, and CRYSTAL YOUNGER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>REXALL SUNDOWN, INC., NATURESMART, LLC, and THE BOUNTIFUL COMPANY f/k/a THE NATURE'S BOUNTY CO.,<br><br>                    Defendants. | Case No. 2:21-cv-05378-JS-ARL<br><br>**DECLARATION OF JOSEPH P. GUGLIELMO AS CERTIFICATION OF SERVICE OF THE MOTION TO WITHDRAW CAREY ALEXANDER AS COUNSEL OF RECORD** |

I, Joseph P. Guglielmo, declare under penalty of perjury as per 28 U.S.C. §1746, and pursuant to Rules 1.4 and 1.9, declare as follows:

1. I am a partner with the law firm of Scott+Scott Attorneys at Law LLP and counsel for Plaintiffs Holly Weinstein, Peggy Rodriguez, Andrea DiMario, and Crystal Younger ("Plaintiffs") in the above captioned action.

2. On August 29, 2024, I caused to be served a true and correct copy of the Motion to Withdraw Carey Alexander as Counsel of Record (ECF No. 41) (the "Motion") on Plaintiffs via email.

3. Counsel of Record was served the Motion via ECF on August 29, 2024.

Dated: August 29, 2024

                                              Respectfully submitted,
                                              **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                              /s Joseph P. Guglielmo
                                              Joseph P. Guglielmo
                                              The Helmsley Building
                                              230 Park Ave., 24th Fl.
                                              New York, N.Y. 10169

Tel.: (212) 519-0512
Fax: (212) 233-6334
jguglielmo@scott-scott.com

*Counsel for Plaintiffs Holly Weinstein, Peggy Rodriguez, Andrea DiMario, and Crystal Younger*