UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOLLY WEINSTEIN, PEGGY RODRIGUEZ,
ANDREA DIMARIO, and CRYSTAL YOUNGER,
individually and on behalf of all others similarly
situated,

                        Plaintiffs,                    **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

             -against-

REXALL SUNDOWN, INC., NATURESMART,
LLC, and THE BOUNTIFUL COMPANY f/k/a      CV 21-5378 (JS)(ARL)
THE NATURE'S BOUNTY CO.,
                        Defendants.
------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice as to the named Plaintiffs, HOLLY WEINSTEIN, PEGGY RODRIGUEZ, ANDREA DIMARIO, and CRYSTAL YOUNGER and without prejudice as to unnamed Class Plaintiffs, against the Defendants REXALL SUNDOWN, INC., NATURESMART, LLC, and THE BOUNTIFUL COMPANY, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Parties will bear their own fees, costs, and expenses.

Dated: November 6, 2024

| **COUNSEL FOR PLAINTIFFS** | **COUNSEL FOR DEFENDANTS** |
|---|---|
| */s/ Gary M. Klinger* | */s/ William A. Delgado (w/ permission)* |
| Gary M. Klinger *(admitted pro hac vice)* | William A. Delgado |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | **DTO LAW** |
| 227 W. Monroe Street, Suite 2100 | 140 Broadway Center, 46th FL. |
| Chicago, IL 60606 | New York, NY 10005 |
| Phone: 866.252.0878 | Phone: (213) 335-6999 |
| gklinger@milberg.com | Email: wdelgado@dtolaw.com |

Joseph P. Guglielmo
Sean T. Masson
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Phone: (212) 223-4478
Fax: (212) 223-6334
jguglielmo@scott-scott.com
smasson@scott-scott.com

Anja Rusi *(admitted pro hac vice)*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St., PO Box 192
Colchester, CT 06415
Phone: (860) 531-2608
Fax: (860) 537-4432
arusi@scott-scott.com

David K. Lietz *(admitted pro hac vice)*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Phone: (866) 252-0878
Fax: (202) 686-2877
dlietz@milberg.com

*Plaintiffs' Counsel*

Megan O'Neill *(admitted pro hac vice)*
Prachi Mehta *(admitted pro hac vice)*
**DTO LAW**
2400 Broadway, Suite 200
Redwood City, CA 94063
Telephone: (415) 630-4100
E-mail: moneill@dtolaw.com
E-mail: pmehta@dtolaw.com

*Defendants' Counsel*

```
SO ORDERED. The Clerk of Court is directed to mark this case CLOSED.

Dated: November 6, 2024                    /s/ JOANNA SEYBERT
Central Islip, New York          Hon. Joanna Seybert, U.S.D.J.
```